UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 08-cr-162-01-JD

<u>James Flanders</u>


<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted in part, trial is continued to April 21, 2009.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.


                                      <u>/s/Joseph A. DiClerico, Jr.</u>
                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

Date:  February 4, 2009


cc:  Glenn Geiger, Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation