```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

   v.        Criminal No. 08-cr-162-01-JD

<u>James Flanders</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 24) filed by defendant is granted to September 15, 2009; no further continuances.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

              ***/s/ Joseph A. DiClerico, Jr.***
              Joseph A. DiClerico, Jr.
              United States District Judge

Date: May 24, 2009

cc: Glenn Geiger, Esq.
   Terry Ollila, Esq.
   U.S. Marshal
   U.S. Probation